IN THE UNITED BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO:   12-34943 |
| **Miguel Angel Bravo** | § | |
| | § | |
| | § | |
| Debtor(s) | § | CHAPTER 13 |

## DEBTOR(S)' MOTION TO MODIFY CONFIRMED PLAN

The Debtor(s) file this Motion to Modify their confirmed plan.

**Notice of Time to Object and Notice of Hearing.**

*IF YOU WANT A HEARING, YOU MUST REQUEST ONE IN WRITING AND YOU MUST RESPOND SPECIFICALLY TO EACH PARAGRAPH OF THIS PLEADING.  YOU MUST FILE YOUR OBJECTION WITH THE CLERK OF THE BANKRUPTCY COURT WITHIN TWENTY ONE DAYS (21) FROM THE DATE YOU WERE SERVED AND GIVE A COPY TO THE PERSON WHO SENT YOU THE NOTICE.  OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF.*

*IF A PARTY REQUESTS EMERGENCY CONSIDERATION, THE COURT MAY ACT EXPEDITIOUSLY ON THE MATTER.  IF THE COURT ALLOWS A SHORTER RESPONSE TIME THAN TWENTY ONE (21) DAYS, YOU MUST RESPOND WITHIN THAT TIME.  IF THE COURT SETS AN EMERGENCY HEARING BEFORE THE RESPONSE TIME WILL EXPIRE, ONLY ATTENDANCE AT THE HEARING IS NECESSARY TO PRESERVE YOUR RIGHT.  IF AN EMERGENCY HEARING IS NOT SET, YOU MUST RESPOND BEFORE THE RESPONSE TIME EXPIRES.*

*IF AN OBJECTION OR RESPONSE IN OPPOSITION TO THIS PROPOSED MODIFICATION IS FILED, THEN A HEARING ON THIS PROPOSED MODIFICATION IS SET FOR HEARING ON OCTOBER 14, 2015, AT 10:00 AM AT THE UNITED STATES COURTHOUSE, 515 RUSK AVENUE, COURTROOM 404, 4th FLOOR, HOUSTON, TEXAS, 77002.  IF AN OBJECTION IS NOT FILED WITHIN TWENTY ONE (21) DAYS FROM THE SERVICE OF THIS MOTION, THE COURT MAY CONSIDER THIS MOTION WITHOUT THE NECESSITY OF A HEARING.*

1. **HISTORY OF CASE.**  This case was filed on *July 2, 2012*.  The plan was confirmed on September 25, 2015.  The plan has previously been modified by order(s) entered on the following date: N/A

**2. REASON FOR MODIFICATION.** Debtor is modifying his confirmed Chapter 13 plan to cure arrears to the Chapter 13 Trustee. Debtor fell behind because he switched employers but it didn't work out with the new employer so he returned back to the old employer that is still garnishing from his payroll.

**3. PLAN PAYMENTS UNDER CONFIRMED PLAN.** The current plan (as modified through this date) requires payments as follows:

    A. Months: 1-60        Payment: $1400.00

**4. PAYMENTS PREVIOUSLY MADE.** As of the date this motion was filed, the Debtor(s) have made payments to the Chapter 13 Trustee totaling $48,799.74. Attached as Exhibit "A" is a schedule of all amounts received by the Chapter 13 Trustee.

**5. FUTURE PROPOSED PLAN PAYMENTS (AS MODIFIED).** The proposed modified plan requires future payments as follows:

    A. Months: 38-60        Payment: $1,380.00

**6. CURRENT DEFAULTS.** The Debtor(s) are currently in default on payments to the Chapter 13 Trustee as follows:

    Dollar amount in default: 2730.26
    Number of months in default: 3.03
    Last payment made: 8/25/15
    Amount of last payment: 337.15

**7. PROPOSED PLAN MODIFICATIONS:**

    A. All payments set forth in paragraph 6 are cured by this modification.

**8. INTERIM PAYMENTS.** Payments due under this modification will commence on the first due date after this modification is filed, whether or not the modification has yet been approved by the court.

**9. BUDGET.** The Debtor's schedules "I" and "J" that the Debtor(s) request to be considered with this modification are attached as exhibit "B".

**10.   ATTORNEYS' FEES (Check One):**

☑   Debtor(s)' counsel shall be paid $450.00 as a fixed fee for this modification.  This box may not be checked if the modification was proposed within 120 days of the date on which the plan was confirmed.

☐ If Debtor(s)' counsel seeks compensation, a separate application will be filed.  If no application is filed, no compensation will be paid.

Dated:

| | |
|---|---|
| /s/ Miguel Angel Bravo | August 31, 2015 |
| Signature of Debtor | Date |

| | |
|---|---|
| /s/ Kenneth A. Keeling | August 31, 2015 |
| | Date |

**Kenneth A. Keeling**
**Keeling Law Firm**
**3310 Katy Freeway, Suite 200.**
**Houston, Texas 77007**

**Attorney for Debtor(s)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO: 12-34943 |
| **Miguel Angel Bravo** | § | |
| | § | |
| | § | |
| | § | |
| DEBTOR(S) | § | CHAPTER 13 |

## CERTIFICATE OF SERVICE

I hereby certify a true and correct copy of the foregoing Motion to Modify has been served either electronically or by United States First Class Mail on this 1st day of September, 2015 to the following parties and the affected creditors listed below:

UNITED STATES TRUSTEE
United States Trustee
515 Rusk Ave
Houston, TX 77002

CHAPTER 13 TRUSTEE
David G. Peake
9660 Hilllcroft, Suite 430
Houston, Texas 77096

DEBTOR(S)
Miguel Angel Bravo
6727 Casablanca Dr.
Houston, Texas 77088

CREDITOR(S)

| | | |
|---|---|---|
| IRS- Insolvency Section | IRS- Centralized Insolvency | United States Bankruptcy |
| Stop 5022 Hou | Operations | Court |
| 1919 Smith Street | P.O. Box 21126 | PO BOX 61288 |
| Houston, Texas   77002 | Philadelphia, PA 19114 | Houston, Texas   77208 |
| | | |
| AT&T Services | Conn Appliances, INC., d/b/a | DIRECT TV |
| c/o James Grudus, Esq. | Conn's | P.O. BOX 6550 |
| One AT&T Way, Room 3A218 | f/k/a CAI,LP d/b/a Conn's | GREENWOOD VILLAGE, CO |
| Bedminster, NJ 07921 | P.O. Box 2358 | 80155-6550 |
| | Beaumont, Texas 77704-2358 | |

| | | |
|---|---|---|
| Finance America<br>P.O. Box 270100<br>Louisville, CO 80027 | Finance America Corporation<br>P.O. Box 9700<br>Boulder, CO 80301 | Ford Credit<br>P.O. Box 542000<br>Omaha, NE 68154 |
| HSBC BANK<br>ATTN: BANKRUPTCY<br>P.O. BOX 5213<br>CAROL STREAM, IL 60197 | Inwood West Community<br>Improvement Assoc.<br>c/o Daughtry & Jordan, P.C.<br>17044 El Camino Real<br>Houston, TX 77058 | Jefferson Capital Systems, LLC<br>P.O. Box 7999<br>Saint Cloud, MN 56302-7999 |
| Portfolio Recovery Assoc, LLC<br>P.O. Box 41067<br>Norfolk, VA 23541 | T-Mobile/T-Mobile USA Inc.<br>P.O. Box 248848<br>Oklahoma City, OK 73124-8848 | Wells Fargo Home Mortgage<br>Attn: BK Dept-MAC<br>#D3347-014<br>3476 Stateview Blvd.<br>Fort Mill, SC 29715 |

Respectfully submitted,
**KEELING LAW FIRM**

/s/ Kenneth A. Keeling

**ATTORNEY FOR DEBTOR(S)**